UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.   1:21-cr-088 |
| | : | |
| vs. | : | Hon. Matthew W. McFarland |
| | : | |
| | : | |
| JEREMY SKEENS | : | |
| a/k/a JEREMY SMITH | : | |

## GOVERNMENT'S MOTION FOR PROTECTIVE
## ORDER REGARDING DISCOVERY

The United States, through undersigned counsel, respectfully moves the Court, pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, to enter an order prohibiting the widespread dissemination of discovery material and sensitive information contained therein to non-litigants.   In support of this motion, the government states as follows:

1.      The Defendant, Jeremy Skeens, a/k/a Jeremy Smith, has been charged in a seventeen-count Indictment, charging him with wire fraud (18 U.S.C. § 1343), money laundering (18 U.S.C. § 1956) and wire fraud (18 U.S.C. § 1343), in addition to forfeiture allegations.

2.      The discovery materials in this case contain, among other things, private financial information about numerous individuals and entities and other private information, which may include social security numbers, addresses, and dates of birth.

3.      The United States will follow all requirements of Fed.R.Crim.P.Rule 16, and will follow the requirements of 18 U.S.C. § 3500 ("Jencks Act"), and at the same time believes a protective order will serve to safeguard the limitations of Fed.R.Crim.P. Rule 6(e) regarding

disclosure of grand jury information and Title 26, United States Code, Section 6103(a) and the appropriate legal purposes for which certain discovery may be used.

4.      The United States believes that because of the nature of the discovery in this case, it is appropriate for the Court to enter a Protective Order as follows (when the term "defendant" is used, the term encompasses an attorney for the defendant):

      a.      Many of the materials to be provided as discovery (hereinafter "discovery materials"), by the United States in preparation for or in connection with any stage of the proceedings in this case, including, but not limited to, lists of personal identification information, grand jury transcripts of witnesses, generally subject to rules of secrecy pursuant to Rule 6(e), investigator or agency memoranda or reports, witness statements, applications, affidavits, computer or electronic records, memoranda of interviews, tax returns, bank and prepaid debit card records, and any documents and tangible objects provided by the Government other than trial exhibits (i.e., items actually admitted during the trial and made part of the record), are not public information.  Accordingly, these discovery materials and all copies thereof should be protected from unnecessary dissemination.

      b.      Such discovery materials provided by the United States should be utilized by the defendants solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

      c.      Such discovery materials and their contents, and any notes or other record of such materials or their contents, should not be disclosed either directly or indirectly to any person or entity other than the defendants and defendants' counsel, persons employed to assist in the defense, individuals who are interviewed as potential witnesses in the case, or such other persons as to whom the Court may authorize disclosure.

d.      Such discovery materials should not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to prepare or assist in the defense, and all such copies and reproductions will be treated in the same manner as the original matter.

e.      Defendant's counsel should inform the defendant of the provisions of this Protective Order, and direct him not to disclose or use any information contained in the Government's discovery in violation of the Protective Order.    However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Respectfully submitted,

VIPAL J. PATEL
Acting United States Attorney


*s/ Anthony Springer*
ANTHONY SPRINGER
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Government's Motion for Protective Order Regarding Discovery* has been electronically served upon all counsel of record via the Court's CM/ECF system this 27th day of September, 2021.


*s/ Anthony Springer*
ANTHONY SPRINGER
Assistant United States Attorney

3